UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WEBSTER BANK, NATIONAL ASSOCIATION,

                                            Plaintiff,

-against-

WIPRO GALLAGHER SOLUTIONS, INC. and WIPRO LIMITED,

                                            Defendants.

Index No.
15-CV-0731(LEK/RFT)

STIPULATION OF DISCONTINUANCE

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the parties who have appeared in this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and counterclaims, if any, be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court, and an Order to that effect may be entered without further notice.

Dated: Rye, New York
         January 20, 2016

DORF & NELSON LLP

By: _____
Jonathan B. Nelson, Esq.
Laura-Michelle Horgan, Esq.
*Attorneys for Plaintiff*
*Webster Bank, National Association*
555 Theodore Fremd Ave.
Rye, NY 10580
Tel: (914) 381-7600

ROPERS, MAJESKI, KOHN & BENTLEY, P.C.

By: _____
Andrew L. Margulis, Esq. 750
*Attorneys for Defendants Wipro*
*Gallagher Solutions, INC. and*
*Wipro Limited*
Third Avenue, 25th Floor
New York, New York 10017
Tel: (212) 668-5927